IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


VIGO IMPORTING COMPANY,

        Plaintiff,

**Case No.: 8:16-cv-1494-T23-JSS**

vs.

NATIONAL FIRE INSURANCE
COMPANY OF HARTFORD,

        Defendant.

_____/

## MEDIATION REPORT

In accord with the mediation order, a mediation occurred on **November 1, 2016.**

(a)     The following individuals, parties, corporate representatives, and claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

| | |
|---|---|
| √ | All individual parties and their respective trial counsel. |
| √ | Designated corporate representatives. |
| √ | Required claims professionals. |

**(b)**     The following individuals, parties, corporate representatives, and claims professionals failed to appear or participate:  **None.**

(c)     The result of the mediation:

_____         <u>The action completely settled.</u>  In accord with Local Rules
3.08 and 9.06(b), lead counsel must notify the Court of
settlement within ten days of the mediation by filing a notice
or memorandum of agreement signed by the parties and the
mediator.

Comments:

_____         <u>The action partially resolved.</u>  Lead counsel must file within
ten days a joint stipulation resolving the settled claims.  The
following issues remain:

Comments:

_____         <u>The action neither settled nor failed to settle.</u>

Comments:

__√____         **The parties failed to settle**.

Comments:


Reported on November 1, 2016, in Tampa, Florida.

       ___***s/Robert M. Daisley***_____
Robert M. Daisley, Certified Federal Mediator
ROBERT MICHAEL DAISLEY, P.A.
4006 S. MacDill Ave.
Tampa, FL  33611
(813) 835-7722
(813) 489-2988 (fax)
rob@daisleymediation.com

cc:  Counsel of record (via CM/ECF)